UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN WHITTEMORE,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS LLC,<br><br>Defendant. | Case No. 2:19-cv-01116-KJD-BNW<br><br>**ORDER** |

The Court received Defendant Anderson Business Advisors, LLC's Emergency Motion to Vacate the Early Neutral Evaluation on the morning of September 25, 2019 (ECF No. 20). It appears, having received a confidential statement from Plaintiff Lauren Whittemore, that Plaintiff is not in agreement with Defendant's Emergency Motion. While the Court understands there may be attendance issues related to Defendant's Emergency Motion, the Early Neutral Evaluation shall go forward as scheduled. The parties are instructed to focus on the issues relating solely to the case pending in federal court.

Accordingly, IT IS HEREBY ORDERED that Anderson Business Advisors, LLC's Emergency Motion to Vacate the Early Neutral Evaluation (ECF No. 20) is DENIED.

IT IS FURTHER ORDERED that Anderson Business Advisors, LLC shall submit an ENE statement to Chambers for the undersigned, located in Room 6202, in the federal Courthouse, by 3 p.m. on Friday, September 27, 2019.

DATED THIS 25th day of September, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE