IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN WHITTEMORE, an individual, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:19-cv-01116-KJD-BNW<br>)<br>) ORDER TEMPORARILY |
| vs. | ) UNSEALING AUDIO RECORDING<br>) |
| ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

    Christina Mamer, Esq. has requested a transcript of Docket No. 26, the October 1, 2019, Early Neutral Evaluation Session Confidential Settlement that is sealed. The transcript is to be prepared by Amber McClane, Certified Court Transcriber.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Christina Mamer, Esq., as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    **DATED** this 9th day of March, 2020.

_____
ELAYNA J. YOUCHAH
United States District Court Magistrate Judge