DENNIS M. PRINCE
Nevada Bar No. 5092
CORRINE P. MURPHY
Nevada Bar No. 10410
**PRINCE LAW GROUP**
10801 West Charleston Blvd., Suite 560
Las Vegas, NV 89135
*eservice@thedplg.com*
P. 702-534-7600
F. 702-534-7601
Attorneys for Defendant
*ANDERSON BUSINESS ADVISORS, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LAUREN WHITTEMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:19-cv-0111 6-KJD-BNW<br><br>**PRINCE LAW GROUP'S MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD** |

Counsel Dennis M. Prince of the law firm, PRINCE LAW GROUP, moves to withdraw as attorneys of record for Defendant ANDERSON BUSINESS ADVISORS, LLC, in accordance with Local Rule 11-6 of the United States District Court Rules for the District of Nevada ("LR 11-6") and remove Dennis M. Prince and Corrine P. Murphy from the case service list.

. . .

. . .



1

This Motion is based upon the following Memorandum of Points and Authorities and the Affidavits of counsel attached hereto as **Exhibit "A."**

Dated this ___16___ day of February, 2021.

PRINCE LAW GROUP

DENNIS M. PRINCE
Nevada Bar No. 5092
CORRINE P. MURPHY
Nevada Bar No. 10410
10801 West Charleston Blvd., Suite 560
Las Vegas, NV  89135
Attorneys for Defendant
*ANDERSON BUSINESS ADVISORS, LLC*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTUAL BACKGROUND

Plaintiff filed her Complaint in this action on June 26, 2019. Plaintiff's claims are grounded in alleged employment issues. [ECF No. 1]. Since first appearing in this case, Defendant ANDERSON BUSINESS ADVISORS, LLC has been represented by attorneys Christina Mundy-Mamer, and Renee Finch, of the law firm MESSNER REEVES. On or about October 1, 2019, the parties reached a resolution at the Early Neutral Evaluation ("ENE"). The parties put the material terms of the settlement agreement on the record. They were later reduced to a writing ("the Settlement Agreement"), which Plaintiff executed on December 10, 2019.

2

On February 19, 2020, PRINCE LAW GROUP filed a Notice of Association as co-counsel for Defendant ANDERSON BUSINESS ADVISORS, LLC. [ECF No. 33].

The most recent Order from this Court involved Defendant's Motion to Enforce Terms of Stipulated Resolution [ECF no. 32]. Plaintiff filed a response in opposition and countermotion [ECF No. 34] to which Defendant replied [ECF No. 38]. Having reviewed the pleadings, on September 30, 2020, the Court ordered as follows:

> Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Enforce Terms of Stipulated Resolution (#32) is **GRANTED**;
>
> IT IS FURTHER ORDERED that Plaintiff's Countermotion (#34) is **GRANTED**;
>
> IT IS FURTHER ORDERED that Defendant deliver the settlement funds forthwith;
>
> IT IS FURTHER ORDERED that the Clerk of the Court **SEAL** the Complaint (#1).

[ECF No. 43 at 2].

There is no trial date, discovery is not open and there are no pending hearings.

## II.

## LEGAL ARGUMENT

LR 11-6 states that "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." In addition, "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case" except for good cause.

3



Allowing PRINCE LAW GROUP to withdraw will not result in delay or affect any trial date. A trial date has not been set, there are currently no outstanding deadlines and there are no hearings set in this matter.

Dennis M. Prince, and PRINCE LAW GROUP request to withdraw as Defendant's counsel of record as they have a conflict of interest with an existing client. As a result, PRINCE LAW GROUP can no longer adequately represent Defendant in this matter. Movant is also requesting to be removed from the service list.

As outlined above, PRINCE LAW GROUP's withdrawal can be accomplished without causing any delay of discovery, the trial, or any hearing in the case. Defendant ANDERSON BUSINESS ADVISORS, LLC will continue to be represented by attorneys Christina Mundy-Mamer, Esq. and Renee M. Finch, Esq. of the law firm of MESSNER REEVES.

///

///

///

///

///

///

///

///

///

///



4

### III.

### CONCLUSION

Based on the foregoing, PRINCE LAW GROUP respectfully requests that this Honorable Court: **(1)** GRANT their Motion to Withdraw as Counsel of Record; and **(2)** GRANT their request to remove counsel Dennis M. Prince, Corrine P. Murphy from the service list.

Dated this ___16___ day of February, 2021.

PRINCE LAW GROUP

_____
DENNIS M. PRINCE
Nevada Bar No. 5092
CORRINE P. MURPHY
Nevada Bar No. 10410
10801 West Charleston Blvd., Suite 560
Las Vegas, NV 89135
Attorneys for Defendant
*ANDERSON BUSINESS ADVISORS, LLC*

### ORDER

IT IS ORDERED that defendant's motion (ECF No. [46]) is GRANTED.

**IT IS SO ORDERED**

**DATED:** 6:03 pm, February 25, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



5