UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN WHITTEMORE,<br><br>                 Plaintiff,<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS, LLC,<br><br>                 Defendant. | Case No. 2:19-cv-01116-KJD-BNW<br><br>ORDER |

On September 30, 2020, the Court granted (#43) Defendant's motion to enforce a stipulated resolution to the action. The Court ordered the complaint sealed and ordered Defendant to deliver settlement funds forthwith. Since that date, no action of record has been taken other than one of Defendant's counsel withdrawing as attorney. Accordingly, the parties are hereby ordered to file a stipulation to dismiss, notice of voluntary dismissal or joint status report within twenty-one (21) days of the entry of this order. Failure to do so will result in this complaint being dismissed with prejudice.

**IT IS SO ORDERED**.

DATED this 6th day of April 2021.

_____
The Honorable Kent J. Dawson
United States District Judge