**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E-mail: phil@mullinstrenchak.com
E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN WHITTEMORE, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS, LLC, a Nevada Limited Liability Company<br><br>Defendant. | CASE NO.: 2:19-cv-01116-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///

///

Plaintiff LAUREN WHITTEMORE ("Plaintiff") and Defendant ANDERSON BUSINESS ADVISORS, LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 22, 2021.                                             Dated: April 22, 2021.

**MULLINS AND TRENCHAK, ATTORNEYS AT LAW**                         **MESSNER REEVES LLP**

By: /s/ *Philip J. Trenchak*                                       By: /s/ *Christina Mundy-Mamer*
PHILIP J. TRENCHAK, ESQ.                                           CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 9924                                                Nevada Bar No. 13181
VICTORIA C. MULLINS, ESQ.                                          8945 W. Russell Road, Suite 300
Nevada Bar No. 13546                                               Las Vegas, Nevada 8914
1614 S. Maryland Pkwy                                              Tel: 702-363-5100
Las Vegas, Nevada 89104                                            Fax: 702-363-5101
*Attorneys for Plaintiff*                                          E-mail: cmamer@messner.com
                                                                   *Attorneys for Defendant*

Dated: April 22, 2021.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: /s/ *Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 23, 2021